# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOYETRA TURTLE BEACH, INC.,<br><br>*Plaintiff,*<br>*Counterclaim defendant,*<br><br>v.<br><br>NEATFRAME INC.,<br><br>*Defendant,*<br>*Counterclaim plaintiff* | Civil Action No. 21-cv-855-RGA |

## STIPULATION OF DISMISSAL

Plaintiff and Counterclaim Defendant Voyetra Turtle Beach, Inc. and Defendant and Counterclaim Plaintiff Neatframe, Inc., pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss all claims and counterclaims in this action asserted between them with prejudice with each Party to bear its own costs, expenses, and attorneys' fees.

Dated: July 22, 2022

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Amy M. Dudash*
Amy M. Dudash (Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
amy.dudash@morganlewis.com

Brent A. Hawkins (admitted *pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
brent.hawkins@morganlewis.com

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

<div style="column-count:2">

Kathryn A. Feiereisel (admitted *pro hac vice*)
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
katie.feiereisel@morganlewis.com

*Attorneys for Voyetra Turtle Beach, Inc.*

IRELL & MANELLA LLP

Michael G. Ermer (admitted *pro hac vice*)
Jonathon P. Maddern (admitted *pro hac vice*)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mermer@irell.com
jmaddern@irell.com

Yanan Zhao (admitted *pro hac vice*)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
yzhao@irell.com

*Attorneys for Defendant Neatframe Inc.*

</div>